**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :  No. 445 WAL 2019

        Respondent                 :

                                    :  Petition for Allowance of Appeal

                                    :  from the Order of the Superior Court

        v.                       :

                                    :

DERRICK DEON COBBS,            :

                                    :

        Petitioner                :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 27th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.